nie Lowe against James Price. No opinion. Judgment of the Municipal Court reversed, on the ground that the decision is against the weight of evidence, and new trial ordered; costs to abide the event.

In re LUCE'S WILL. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) In the matter of the will of Mary E. Luce, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs of this appeal payable by appellants.

LUDLAM, Respondent, v. LUDLAM, Appellant. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Action by Mary Ludlam against Henry A. Ludlam. G. B. Keeler, for appellant. S. H. Guggenheimer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUX, Appellant, v. SENGER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by John Lux against Theophil Senger. No opinion. The case having been twice passed, the said appeal was in each case dismissed, under rule 39 of the general rules of practice.

LYNCH, Respondent, v. ELEKTRON MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Edward Lynch against the Elektron Manufacturing Company. F. Hulse, for appellant. J. V. Bouvier, Jr., for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM and McLAUGHLIN, JJ., dissent.

McCARTHY et al., Appellants, v. HAZELWOOD, Respondent. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by John F. McCarthy and others against Edgar H. Hazelwood. No opinion. Judgment affirmed, with costs.

In re MABRY. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) In the matter of the application of Woodford Mabry for admission to the bar. No opinion. Application granted.

McCORD, Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Clarence McCord against Rulin D. Rowland. No opinion. Motion granted.

McGILL v. BRADY. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Nelson A. McGill against John F. Brady. No opinion. Motion granted. Order resettled.

McGILL v. BRADY et al. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by Nelson A. McGill against John F. Brady and another. No opinion.

Time extended within which the appellant may bring on appeal for argument to the June term. Unless the appeal is ready for argument at that time, the appeal will stand dismissed.

McGUIRE v. HUGHES. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Action by Constantine J. McGuire against Margaret E. Hughes. No opinion. Application granted. Order signed.

McKANE, Appellant, v. NEW YORK & CONEY ISLAND R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Katherine B. McKane against the New York & Coney Island Railroad Company and others. No opinion. Judgment affirmed, with costs.

McKENNA, Appellant, v. DUNN et al., Respondents. (Supreme Court, Appellate Division, First Department. March 27, 1908.) Action by Charles F. McKenna against B. Sherwood Dunn and others. No opinion. Motion denied, with $10 costs. Order filed.

McNEELEY v. McNEELEY. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Action by Archibald I. McNeeley against Julia A. McNeeley. No opinion. Plaintiff's motion denied. Appeal will be heard upon typewritten record, including case settled by the court, and upon printed briefs.

MacRAE, Respondent, v. MacRAE, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1908.) Action by Mary E. MacRae against Gustavus F. MacRae. No opinion. Motion granted.

McSHANE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Mary L. McShane against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

MACOMBER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Edwin Macomber against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

MAIER, Respondent, v. CONSOLIDATED GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Actions by Martha Maier, by Louis Kapelsohn, by Abraham Bobier, by Louis Lipnitz, by John Moriarty, and by Charles Joffe against the Consolidated Gas Company. No opinions. Orders reversed, with $10 costs and disbursements, and motions denied, with $10 costs in each case. Orders filed.

MANHARD, Respondent, v. PIERCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Action by Frank Manhard against Mott Pierce. No opinion. Order affirmed, with $10 costs and disbursements.